IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY R. GUNTHER, as Executrix of the Estate of SUSAN G. GUNTHER, Deceased | : : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | |
| DEPENDABLE AUTO SHIPPERS, INC., | : : | |
| and | : : | NO. 12-3722 |
| SCHMIDT BAKING COMPANY | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 23rd day of *January*, 2013, upon consideration of the Motion by Defendant Dependable Auto Shippers, Inc. to Transfer Venue to the United States District Court for the Middle District of Pennsylvania (Docket No. 21), the Response in Opposition by Plaintiff Timothy R. Gunther (Docket No. 24), and the Motion by Defendant Schmidt Baking Company joining in support of Dependable Auto's Motion to Transfer (Docket No. 25), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.