IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY GUNTHER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DEPENDABLE AUTO SHIPPERS, INC., | : | NO. 12-3722 |

CIVIL JUDGMENT

Before the Honorable Ronald L. Buckwalter

AND NOW, this 20th day of November 2013, in accordance with the VERDICT OF THE JURY,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of Plaintiff Timothy Gunther and against defendants Dependable Auto Shippers, Inc. and Schmidt Baking Company in the amount of $3,800,000.00.

IT IS FURTHER ORDERED, that in accordance with the VERDICT OF THE JURY, this amount is apportioned in the following manner: Dependable Auto Shippers, Inc.: $2,850,000.00 and Schmidt Baking Company: $950,000.00.

BY THE COURT
ATTEST: *Matthew J. Higgins*
Matthew J. Higgins
Deputy Clerk

Civ 1