# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY GUNTHER, as Executor of the Estate :
of SUSAN G. GUNTHER, Deceased, :
    vs. :   NO. 2:12-cv-003722 RB
DEPENDABLE AUTO SHIPPERS, INC., et al. :
                                  :

## ORDER

AND NOW, this 16th day of DEC, 2013, upon consideration of Motion Seeking a Directed Delay Damages Pursuant to Pennsylvania Rule of Civil Procedure 238 from Defendant **SCHMIDT BAKING COMPANY**, and any reply thereto, it is hereby **ORDERED** and **DECREED** that said motion is hereby **GRANTED**. Delay Damages are hereby awarded to Plaintiff against Defendant **SCHMIDT BAKING COMPANY** is Fifteen Thousand Two Hundred Sixty Five Dollars and Six Cents ($15,265.06).

BY THE COURT:

_____
HONORABLE RONALD BUCKWALTER, J.